```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 39456
   DOROTHY J CANNON
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

        Debtor
   SSN XXX-XX-6532

------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 10/22/2004 and was confirmed 12/29/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 11/08/2007.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                              PAID          PAID
------------------------------------------------------------------------------
SAXON MORTGAGE             CURRENT MORTG    34509.10            .00       34509.10
SAXON MORTGAGE             MORTGAGE ARRE     8082.17            .00        8082.17
SAXON MORTGAGE SERVICES    NOTICE ONLY     NOT FILED            .00            .00
CHARTER ONE BANK           UNSECURED       NOT FILED            .00            .00
CHARTER ONE BANK           NOTICE ONLY     NOT FILED            .00            .00
PEOPLES GAS LIGHT & COKE   UNSECURED            .00             .00            .00
RJM AQUISITIONS FUNDING    UNSECURED          31.44             .00          31.44
TIMOTHY K LIOU             DEBTOR ATTY     1,289.40                        1,289.40
TOM VAUGHN                 TRUSTEE                                         2,399.98
DEBTOR REFUND              REFUND                                            610.62

        Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                  46,922.71

PRIORITY                                              .00
SECURED                                         42,591.27
UNSECURED                                           31.44
ADMINISTRATIVE                                   1,289.40
TRUSTEE COMPENSATION                             2,399.98
DEBTOR REFUND                                      610.62
                         ---------------        ---------------
TOTALS                   46,922.71              46,922.71
```

          PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 04 B 39456 DOROTHY J CANNON

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 02/28/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 04 B 39456 DOROTHY J CANNON